AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SHERYL PETRASKO, individually and on behalf of all others similarly situated,

V.

SPERIAN ENERGY CORP

CASE NUMBER: 1:15-cv-04587

ASSIGNED JUDGE: Hon. John H. Tharp, Jr.

DESIGNATED MAGISTRATE JUDGE: Hon. Mary M. Rowland

TO: (Name and address of Defendant)

Sperian Energy Corp
c/o Sackett National Holdings, Inc.
7373 Peak Drive, Suite 250
Las Vegas, Nevada 89128

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Benjamin H. Richman
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



May 26, 2015
_____
DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-04587

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sperian Energy Corp., a Nevada Corporation
was received by me on *(date)* 05/26/2015 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Mary T. Nendza, Supervisor of Operations , who is
designated by law to accept service of process on behalf of Registered Agent, Sackett National Holdings, Inc.,
7373 Peak Dr. #170, Las Vegas, NV 89128 at 8:38 am on *(date)* 05/27/0215 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Additional docs served: Class Action Complaint and Demand for Jury Trial; Plaintiff's Motion for and Memorandum in Support of Class Certification; and Preservation Letter dated 5/26/2015

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/27/2015

*Server's signature*

Leonard Jay Hirschhorn, Process Server, #R-070386
*Printed name and title*

Legal Process Service
724 S. 8th St.
Las Vegas, NV 89101
*Server's address*

Additional information regarding attempted service, etc: