IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERYL PETRASKO, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>  v.<br><br>SPERIAN ENERGY CORP, a Nevada corporation,<br><br>    *Defendant.* | Case No. 1:15-cv-04587<br><br>Honorable John J. Tharp, Jr. |

**PLAINTIFF'S STATEMENT OF NON-OBJECTION**

Plaintiff Sheryl Petrasko, by and through her undersigned counsel, hereby states that she does not object to the Court's denial of her pending motion for class certification without prejudice to its refiling. (*See* dkt. 27.)

                        Respectfully submitted,

                        **SHERYL PETRASKO**, individually and on behalf of all others similarly situated,

Dated: March 10, 2016          By: /s/ Courtney C. Booth
                                         One of Plaintiff's Attorneys

                        Benjamin H. Richman
                        brichman@edelson.com
                        Courtney C. Booth
                        cbooth@edelson.com
                        EDELSON PC
                        350 North LaSalle Street, Suite 1300
                        Chicago, Illinois 60654
                        Tel: 312.589.6370
                        Fax: 312.589.6378

                        Rafey S. Balabanian
                        rbalabanian@edelson.com
                        EDELSON PC
                        329 Bryant Street, Suite 2C
                        San Francisco, California 94107
                        Tel: 415.212.9300

Stefan L. Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
1072 Madison Avenue, Suite 1
Lakewood, New Jersey 08701
Tel: 877.333.9427
Fax: 888.498.8946

## **CERTIFICATE OF SERVICE**

      I, Courtney Booth, an attorney, hereby certify that on March 10, 2016, I served the above and foregoing ***Plaintiff's Statement of Non-Objection*** by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                        /s/ Courtney C. Booth