IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERYL PETRASKO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SPERIAN ENERGY CORP, a Nevada corporation,<br><br>*Defendant.* | Case No. 1:15-cv-04587<br><br>Honorable Mary M. Rowland |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Plaintiff Sheryl Petrasko ("Petrasko" or "Plaintiff") and Defendant Sperian Energy Corp. ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal *with prejudice* of Petrasko's individual claims against Defendant and *without prejudice* to the dismissal of the putative class's claims. In support, the Parties state as follows:

WHEREAS, on May 26, 2015, Plaintiff filed her class action complaint (Dkt. 1);

WHEREAS, on September 9, 2015, Defendant answered the complaint (Dkt. 18);

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties may stipulate to the dismissal of this action without a Court order;

WHEREAS, the Parties have conferred and agreed to stipulate to the dismissal *with prejudice* of Petrasko's individual claims against Defendant in this action, and those of the putative class *without prejudice*;

WHEREAS, the Parties shall each bear their own attorneys' fees and expenses incurred in any way related to the litigation of this action, except as otherwise agreed;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

1. Plaintiff Petrasko's individual claims against Defendant in this action shall be dismissed *with prejudice*;

2. The claims of the putative class in this action shall be dismissed *without prejudice*;

3. The Parties shall each bear their own attorneys' fees and expenses incurred in any way related to the litigation of this action, except as otherwise agreed.

IT IS SO STIPULATED.

                            *                        *                       *

**SHERYL PETRASKO**, individually and on behalf of all others similarly situated,

Dated: January 11, 2017

By: /s/ Benjamin H. Richman
       One of Her Attorneys

Benjamin H. Richman
brichman@edelson.com
Courtney C. Booth
cbooth@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**SPERIAN ENERGY CORP.**,

Dated: January 11, 2017

By: /s/ David C. Layden
       One of Its Attorneys

David C. Layden
dlayden@jenner.com
Jenner & Block LLP
353 North Clark Street
Chicago, Illinois 60654
Tel: 312.222.9350

## **CERTIFICATE OF SERVICE**

   I, Benjamin H. Richman, an attorney, hereby certify that on January 11, 2016, I served the above and foregoing ***Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41*** by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 11th day of January, 2017.

                  /s/ Benjamin H. Richman
                  Benjamin H. Richman