# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Sheryl Petrasko

                            Plaintiff,

v.                                                     Case No.: 1:15–cv–04587
                                                       Honorable John J. Tharp Jr.

Sperian Energy Corp

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 12, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr: Upon receipt of the parties stipulated dismissal [41] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed. Plaintiff Petrasko's individual claims are dismissed with prejudice and the putative class claims are dismissed without prejudice. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.